IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-07149 EAG

TAMARA BERRIOS BONILLA

Chapter 13

XXX-XX-6491

**FILED & ENTERED ON 01/21/2015**

Debtor(s)

ORDER

The Trustee to state his position to Debtor's Motion to inform submission of tax forms to the Chapter 13 Trustee (docket #47), within twenty-one (21) days.

IT IS SO ORDERED.

Ponce, Puerto Rico, this 21 day of January, 2015.

Edward A Godoy
U.S. Bankruptcy Judge

CC: DEBTOR(S)
MADELINE SOTO PACHECO
ALEJANDRO OLIVERAS RIVERA